UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-9-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SYRJAH KASHIK ALSTON | ) | |
|    a/k/a "Syr" | ) | |

Upon motion the United States' Motion for Revocation of Release Order and Stay of Release Order pursuant to Title 18, United States Code, Sections 3142 and 3145(a)(1), for good cause shown and for the reasons stated in the motion:

IT IS HEREBY ORDERED that stay execution of the Order Setting Condition of Release entered by the Honorable Cathy L. Waldor, United States Magistrate Judge for the District of New Jersey, on February 3, 2015, is hereby STAYED pending appeal;

IT IS FURTHER ORDERED that a *de novo* hearing on the United States' Motion for Revocation of Release Order and the underlying motion for detention shall be scheduled for February 17, 2015, at 10:00 a.m. before this Court;

IT IS FURTHER ORDERED that a warrant issue for the defendant's arrest, and that the defendant be transferred to the Eastern District of North Carolina for a hearing on the United

1

States' Motion for Revocation of Release Order, and subsequent proceedings;

IT IS FURTHER ORDERED that the Defendant remain in custody until further order of this Court.

This \_\_\_10\_\_\_ day of February, 2015.

JAMES C. DEVER, III
Chief U.S. District Judge