UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-9-3D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SYRJAH KASHIK ALSTON | ) | |

For good cause shown, the motion by the government to extend the time period given to the United States to comply with the Pretrial Conference Deadline in the above-captioned case, is GRANTED. It is hereby ORDERED that the pre-trial conference deadline is extended up to and including five business days after an order is entered on the Government's Motion for Protective Order [D.E. #140].

SO ORDERED, this the __13__ day of __April__, 2015.

JAMES C. DEVER III
CHIEF, UNITED STATES DISTRICT JUDGE