IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-9-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SYRJAH KASHIK ALSTON, | ) | |
| | ) | |
| Defendant. | ) | |

On April 10, 2015, defendant filed a motion for the appointment of new counsel [D.E. 153]. Good cause exists for the motion. The Office of the Federal Public Defender is ordered to appoint new counsel to represent defendant.

SO ORDERED. This 16 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge