IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SYRJAH KASHIK ALSTON, | ) | |
| | ) | |
| Defendant. | ) | |

On July 20, 2015, Syrjah Kashik Alston ("Alston") filed a pro se motion for reconsideration concerning his detention. The motion [D.E. 203] lacks merit and is DENIED.

SO ORDERED. This 11 day of August 2015.

JAMES C. DEVER III
Chief United States District Judge