UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00009-3D
NO. 7:15-CR-00009-4D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| SYRJAH KASHIK ALSTON | ) | |
| OCTABIA LAUREN BOONE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 304 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants attorney.

This the 13 day of April, 2016.

JAMES C. DEVER
Chief, United States District Judge